# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Scott Smith | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 17-cv-2915 (SRN/DTS) |
| RHJT, Inc. | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Based upon the Notice of Dismissal with Prejudice filed by the Plaintiff herein [Doc. No. 6], and upon all of the files, records, and proceedings in this matter, the Court orders this case to be dismissed without prejudice and without costs or disbursements to any party.

Date:   August 22, 2017                                RICHARD D. SLETTEN, CLERK

                                                                       s/L. Brennan
                                                         (By)   L. Brennan , Deputy Clerk